IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAMELA ELAINE JOHNSON, next of kin, surviving spouse and next friend of Terry L. Johnson, Deceased,<br><br>   Plaintiff,<br>vs.<br><br>JO ANNE B. BARNHART, Commissioner, Social Security Administration,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  NO. CIV-04-0494-HE<br>)<br>)<br>)<br>)<br>)<br>) |

## **JUDGMENT**

In accordance with the order entered this date, the decision of the Commissioner of the Social Security Administration is reversed and the case is remanded for further proceedings.

**IT IS SO ORDERED**.

Dated this 21st day of April, 2005.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE